# United States District Court



**EASTERN** DISTRICT OF **VIRGINIA**

UNITED STATES OF AMERICA

v.

Tony Webster          Richard Darnell Webster
Troy Washington       James Leon Webster
Jason Leon Webster    Jackie Webster
Robert Jones          Raymond Darby
Christopher Flanagan  Allen Lewis
Kim Bundy             Pam Williams

## CRIMINAL COMPLAINT

CASE NUMBER: 1:07mj819

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __2004 to Present__ in __Fauquier__ County, in the __Eastern__ District of __Virginia__ defendant(s) did,

**unlawfully, knowingly and intentionally conspire to distribute 50 grams or more of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance**

in violation of Title __21__ United States Code, Sections __841(a)(1) and 846__.

I further state that I am a __Special Agent__ and that this complaint is based on the following facts:
<br>Official Title

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA - Steve Mellin

_____
Signature of Complainant
William C. Duke
Special Agent
ATF

Sworn to before me and subscribed in my presence,

__September 25, 2007__                at    __Alexandria, Virginia__
Date                                        City and State

__The Honorable Theresa C. Buchanan__        Theresa Carroll Buchanan
Name & Title of Judicial Officer             United States Magistrate Judge
                                             Signature of Magistrate Judge