# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.: 1:07-cr-492-TSE |
| Tony Webster, | ) USM No.: 72325-083 |
| Defendant. | ) |
|  | ) |
| Date of Previous Judgment: March 25, 2011 | ) Gul Raza Gharbieh |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __80 months__ is reduced to __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 151-188 mo. | Amended Guideline Range: | [120]-125 mo |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☒ Pursuant to USSG § 1B1.10(b)(2)(B), the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __March 25, 2011__ shall remain in effect.
IT IS SO ORDERED.

Order Date: __10/17/11__

/s/
T. S. Ellis, III
United States District Judge

Effective Date: __November 1, 2011__
(if different from order date)